IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

LESHIA H.,

        Plaintiff,

v.                                          CIVIL ACTION NO.  3:22-0569

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant the Plaintiff's request for remand (ECF No. 8), deny the Defendant's request to affirm the decision of the Commissioner (ECF No. 9); reverse the final decision of the Commissioner; and remand this matter back to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings so that the ALJ may properly complete the "special technique" as stated in the proposed findings and recommendation. No objections to the Magistrate Judge's findings and recommendation have been filed.

Consistent with the findings and recommendation, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Plaintiff's request for remand (ECF No. 8), **DENIES** Defendant's request to affirm the decision of the Commissioner

(ECF No. 9); **REVERSES** the final decision of the Commissioner; and **REMANDS** this matter back to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings so that the ALJ may properly complete the "special technique" as stated in the proposed findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: May 31, 2023

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE